1060 MAYS vs. COMMISSIONER OF THE STATE LAND OFFICE, No. 12103.

To compel respondents to issue patents for certain lands.
Denied December 23, 1891, with costs.

1061 McRAE vs. COMMISSIONER OF THE STATE LAND OFFICE, No. 12284, 89 M., 463.

To compel the issue of patents for certain lands.
Denied December 23, 1891, with costs.

1062 HOUGHTON COUNTY vs. COMMISSIONER OF THE STATE LAND OFFICE, 23 M., 269.

To compel the issuance of certain patents for lands.
Granted July 11, 1871.

1063 ELY vs. COMMISSIONER OF STATE LAND OFFICE, 49 M., 17.

To compel respondent to issue to relator a certificate of purchase of certain lands.
Denied, with costs, June 27, 1882.